UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE THOMPSON, | No. 2:14-cv-0873 LKK GGH P |
| Petitioner, | |
| v. | ORDER |
| TIMOTHY LOCKWOOD, et al., | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and an application to proceed in forma pauperis. Petitioner is currently confined at California State Prison, Sacramento, which is in this district.[1] The application attacks a prison disciplinary finding issued by California State Prison, Corcoran. This prison is located in an area, which under the Local Rules, is within the Eastern District court sitting in Fresno.

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

1. This court has not ruled on petitioner's request to proceed in forma pauperis;

2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

---

[1] Petitioner was incarcerated at Pelican Bay State Prison when he filed the petition on September 24, 2013 in the Northern District, but was transferred into this district during the time the petition was pending before the Northern District, which transferred the case to this district on April 7, 2014.

1

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

Dated: May 27, 2014

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076/Thom0873.ven-tran